IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10137
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOPHER CROCKETT,
also known as Charles Wright,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
(CR-195-2)
- - - - - - - - - -

May 10, 1999

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

Defendant-Appellant Christopher Crockett's mother, Patricia Bonner, seeks to appeal his convictions for robbery and using and carrying a firearm during a crime of violence. Crockett's appointed counsel, Robert R. Smith, seeks to withdraw as Crockett's counsel.

We are required to determine, *sua sponte*, whether we have appellate jurisdiction. Mosley v. Cozby, 813 F.2d 659, 660 (5th Cir. 1987). The notice of appeal filed and signed by Crockett's

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

mother is not an effective notice of appeal. The notice of appeal must be signed by the party or his attorney, and nonlawyers who have not obtained next friend status are not authorized to represent others or sign their pleadings. See Gonzales v. Wyatt, 157 F.3d 1016, 1020-22 (5th Cir. 1998); Carter v. Stalder, 60 F.3d 238, 239 (5th Cir. 1995).

Crockett's appeal is dismissed for lack of appellate jurisdiction. As such counsel's responsibilities to Crockett are over, so counsel's motion to withdraw is

DENIED AS MOOT.